ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DEBORAH E. YIM
Assistant United States Attorney
California Bar No. 217400
    Federal Building, Room 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2447
    Fax No.: (213) 894-7819
    Deborah.Yim@usdoj.gov

Attorney for Defendant
JANET NAPOLITANO,
Secretary of the U.S. Department
of Homeland Security

JS 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DONNA HOSHIDE, | Case No. CV 09-01676 DSF (JTLx) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION WITH PREJUDICE |
| JANET NAPOLITANO, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | The Honorable Dale S. Fischer |
| Defendant. | |

The parties having filed a Stipulation for Compromise Settlement,

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit and fees;
3. The Court retains jurisdiction pending payment of the settlement.

DATED: 1/14/11

*Dale S. Fischer*

The Honorable Dale S. Fischer
United States District Judge

PRESENTED BY:

JOY BERTRAND LAW OFFICE

/s/
JOY BERTRAND
Attorneys for Plaintiff
DONNA HOSHIDE

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/
DEBORAH E. YIM
Assistant United States Attorney
Attorneys for Defendant
JANET NAPOLITANO